ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7317
     FAX: (415) 436-7234
     katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 18-290 WHA |
|     Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING MATTER AND |
| | ) EXCLUDING TIME UNDER THE SPEEDY TRIAL |
| MELCHOR MEDINA BARRON, | ) ACT |
| | ) |
|     Defendant. | ) Date: October 9, 2018 through December 4, 2018 |
| | ) Time: 2:00 p.m. |

**STIPULATION**

The parties made their initial appearance before the Honorable William Alsup on October 9, 2018. The government explained that this is a complex drug trafficking case involving six wiretaps. The government has made one production of discovery to counsel for defendant Medina. Additional productions will be forthcoming. At the parties' request, the Court set a further status conference for December 4, 2018 at 2:00 p.m. (Co-defendant Eric Jimenez is also set for a status conference on the same date.) The parties stipulated, and the Court ordered, that time between October 9, 2018 and December 4, 2018, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: October 18, 2018

ALEX G. TSE
United States Attorney

*Katherine L Wawrzyniak*
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: October 18, 2018

*Matthew J Jacobs / KLW with permission*
MATTHEW J. JACOBS
Counsel for Defendant Medina

## [PROPOSED] ORDER

For the reasons stated, this matter is continued until December 4, 2018 at 2:00 p.m. The time between October 9, 2018 and December 4, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: 10. 22. 18

HONORABLE WILLIAM ALSUP
United States District Judge